IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARLETA WATSON, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-20-1011-F |
| VICI COMMUNITY DEVELOPMENT CORP. and CINDY ARNOLD, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff has filed a first amended complaint (doc. no. 18), which moots the pending motion to dismiss. Doc. no. 16. *See*, Franklin v. Kansas Dept. of Corrections, 160 Fed. Appx. 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.")[1]  The motion to dismiss is **STRICKEN** as moot, and this action is **STRICKEN** from the telephonic status and scheduling conference docket of February 2, 2021. The January 28, 2021 deadline for the filing of a joint status report is likewise **STRICKEN**.

IT IS SO ORDERED this 12th day of January, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1011p003.docx

---

[1] Franklin is unpublished and is cited for its persuasive value only.