IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ARLETA WATSON, )
)
    Plaintiff, )
)
vs. ) Case No. CIV-20-1101-F
)
VICI COMMUNITY DEVELOPMENT )
CORP. and CINDY ARNOLD, )
)
    Defendants. )

### VERDICT FORM – PUNITIVE DAMAGES – SECOND STAGE

We, the jury, empaneled and sworn in the above entitled cause, do upon our oaths, find as follows:

Please make a punitive damages finding for each defendant.

### DEFENDANT VICI COMMUNITY DEVELOPMENT CORPORATION
PLEASE SELECT A OR B

A. __✓__ We, the jury, duly empaneled and sworn in the above-entitled cause, award the plaintiff punitive damages against the defendant, Vici Community Development Corporation, in the amount of $ 250 .

OR

B. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award the plaintiff any punitive damages against the defendant, Vici Community Development Corporation.

## DEFENDANT CINDY ARNOLD

PLEASE SELECT A OR B

A. ___✓___ We, the jury, duly empaneled and sworn in the above-entitled cause, award the plaintiff punitive damages against the defendant, Cindy Arnold, in the amount of $ __250__ .

OR

B. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award the plaintiff any punitive damages against the defendant Cindy Arnold.

### DATE AND SIGNATURE OF SECOND STAGE VERDICT FORM

__May 6, 2022__
DATED

__[signature]__
FOREPERSON

20-1011p020 JI 2nd Stage verdict form.docx

2