| ID (with Link) | Date of Service | Time Spent | Caseworker | Activity Code |
|---|---|---|---|---|
| #3375655 | 05/20/2022 | 0.5 | Teressa L Webster | Drafting; dictation |
| #3364967 | 05/07/2022 | 3 | Teressa L Webster | Travel |
| #3358847 | 05/06/2022 | 12.8 | Teressa L Webster | Hearing, court |
| #3358797 | 05/05/2022 | 9 | Teressa L Webster | Hearing, court |
| #3358765 | 05/04/2022 | 10 | Teressa L Webster | Hearing, court |
| #3355060 | 05/03/2022 | 16 | Teressa L Webster | Hearing, court |
| #3355059 | 05/02/2022 | 10 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3349209 | 04/30/2022 | 0.4 | Teressa L Webster | Conferences with others |
| #3349200 | 04/29/2022 | 2 | Teressa L Webster | Phone call |
| #3349192 | 04/28/2022 | 6 | Teressa L Webster | Court filing; non-hearing court time |
| #3349199 | 04/27/2022 | 5.9 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3349198 | 04/26/2022 | 0.6 | Teressa L Webster | Phone call |
| #3349195 | 04/25/2022 | 10.5 | Teressa L Webster | Hearing, court |
| #3340315 | 04/22/2022 | 6.5 | Teressa L Webster | Drafting; dictation |
| #3340298 | 04/21/2022 | 6 | Teressa L Webster | Drafting; dictation |
| #3336745 | 04/20/2022 | 0.5 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3336577 | 04/20/2022 | 0.1 | Teressa L Webster | Drafting; dictation |
| #3336744 | 04/19/2022 | 0.5 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3326872 | 04/11/2022 | 0.6 | Teressa L Webster | Phone call |
| #3309509 | 03/29/2022 | 0.5 | Teressa L Webster | Court filing; non-hearing court time |
| #3315212 | 03/24/2022 | 7 | Teressa L Webster | Drafting; dictation |
| #3302971 | 03/22/2022 | 11 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3302481 | 03/16/2022 | 0.3 | Teressa L Webster | Discovery/depositions |
| #3279700 | 03/04/2022 | 1 | Teressa L Webster | Phone call |
| #3283666 | 02/25/2022 | 0.1 | Teressa L Webster | Drafting; dictation |
| #3271013 | 02/24/2022 | 0.2 | Teressa L Webster | Phone call |
| #3266677 | 02/21/2022 | 5 | Teressa L Webster | Discovery/depositions |
| #3266682 | 02/18/2022 | 0.3 | Teressa L Webster | Phone call |
| #3261568 | 02/15/2022 | 0.5 | Teressa L Webster | Case staffing |
| #3259006 | 02/12/2022 | 2 | Teressa L Webster | Discovery/depositions |
| #3257294 | 02/10/2022 | 1 | Teressa L Webster | Discovery/depositions |
| #3255432 | 02/09/2022 | 0.5 | Teressa L Webster | Phone call |

| ID | Date | Hours | Person | Description |
|---|---|---|---|---|
| #3253178 | 02/08/2022 | 3.5 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3249683 | 02/04/2022 | 9 | Teressa L Webster | Drafting; dictation |
| #3249682 | 02/03/2022 | 18 | Teressa L Webster | Drafting; dictation |
| #3249681 | 02/02/2022 | 12.3 | Teressa L Webster | Drafting; dictation |
| #3249680 | 02/01/2022 | 12.3 | Teressa L Webster | Drafting; dictation |
| #3249684 | 01/31/2022 | 5 | Teressa L Webster | Drafting; dictation |
| #3239754 | 01/25/2022 | 2 | Teressa L Webster | Drafting; dictation |
| #3221615 | 01/07/2022 | 0.5 | Teressa L Webster | Drafting; dictation |
| #3219272 | 01/05/2022 | 4 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3215469 | 01/01/2022 | 16 | Teressa L Webster | Drafting; dictation |
| #3215079 | 12/31/2021 | 6 | Teressa L Webster | Drafting; dictation |
| #3214382 | 12/30/2021 | 5 | Teressa L Webster | Legal research |
| #3213522 | 12/29/2021 | 8 | Teressa L Webster | Drafting; dictation |
| #3212349 | 12/29/2021 | 0.5 | Teressa L Webster | Legal research |
| #3210540 | 12/24/2021 | 0.2 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3202588 | 12/17/2021 | 0.1 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3202850 | 12/16/2021 | 1 | Teressa L Webster | Legal research |
| #3202562 | 12/16/2021 | 0.7 | Teressa L Webster | Phone call |
| #3200179 | 12/14/2021 | 15.5 | Teressa L Webster | Discovery/depositions |
| #3200263 | 12/13/2021 | 2.5 | Teressa L Webster | Discovery/depositions |
| #3188736 | 12/06/2021 | 0.5 | Teressa L Webster | Case staffing |
| #3178174 | 11/28/2021 | 1 | Teressa L Webster | Phone call |
| #3178093 | 11/26/2021 | 4.5 | Teressa L Webster | Discovery/depositions |
| #3173179 | 11/19/2021 | 1.5 | Teressa L Webster | Drafting; dictation |
| #3168007 | 11/16/2021 | 3 | Teressa L Webster | Discovery/depositions |
| #3165268 | 11/12/2021 | 0.5 | Teressa L Webster | Conferences with others |
| #3163313 | 11/11/2021 | 0.6 | Teressa L Webster | Phone call |
| #3110509 | 09/28/2021 | 0.2 | Teressa L Webster | Drafting; dictation |
| #3088750 | 09/07/2021 | 0.1 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #3088660 | 09/07/2021 | 0.7 | Teressa L Webster | Phone call |
| #3041755 | 07/27/2021 | 1 | Teressa L Webster | Phone call |
| #3031674 | 07/15/2021 | 0.3 | Teressa L Webster | Conferences with others |
| #3031675 | 07/13/2021 | 0.3 | Teressa L Webster | Legal research |

| ID | Date | Hours | Person | Activity |
|---|---|---|---|---|
| #3007882 | 06/25/2021 | 0.5 | Teressa L Webster | Phone call |
| #3000569 | 06/18/2021 | 0.7 | Teressa L Webster | Phone call |
| #2982492 | 06/02/2021 | 3.5 | Teressa L Webster | Phone call |
| #2973993 | 05/15/2021 | 1.5 | Teressa L Webster | Other/misc. case activities |
| #2906151 | 03/22/2021 | 0.8 | Teressa L Webster | Case staffing |
| #2900736 | 03/18/2021 | 0.2 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #2896403 | 03/14/2021 | 1 | Teressa L Webster | Phone call |
| #2881594 | 02/25/2021 | 0.3 | Teressa L Webster | Phone call |
| #2872591 | 02/18/2021 | 15 | Teressa L Webster | Legal research |
| #2870550 | 02/17/2021 | 14 | Teressa L Webster | Drafting; dictation |
| #2869634 | 02/16/2021 | 6 | Teressa L Webster | Drafting; dictation |
| #2869202 | 02/15/2021 | 5 | Teressa L Webster | Drafting; dictation |
| #2867766 | 02/11/2021 | 1 | Teressa L Webster | Trial prep; organize; plan; review docs |
| #2835961 | 01/11/2021 | 9 | Teressa L Webster | Drafting; dictation |
| #2834674 | 01/08/2021 | 2 | Teressa L Webster | Drafting; dictation |
| #2834621 | 01/07/2021 | 3 | Teressa L Webster | Drafting; dictation |
| #2829883 | 01/05/2021 | 1 | Teressa L Webster | Case staffing |
| #2825715 | 12/30/2020 | 0.2 | Teressa L Webster | Conferences with others |
| #2750034 | 10/6/2020 | 1 | Teressa L Webster | Court filing; non-hearing court time |
| #2715004 | 09/01/2020 | 6.8 | Teressa L Webster | Drafting; dictation |
| | | 339.1 | | |

**Activity Details**

emails and preparing to put together the boc and af brief
Packing up from Hotel and return travel from court in OKC to home
and preparation for closing arguments
Day three of trial
and trial preparation
trial
for hearing
conference about jury instructions
also staffing briefly with TL and emails
also, travel, conferencing with court and op for jury travel
Exhibits
and staffing
Jury selection and meeting with clerk to go over jury instructions and verdict form
Jury verdict form, reviewing local rules, and discussions with op
Proposed jury instructions
Reviewing objections to the jury instructions
emails to opposing counsel
for Monday hearing and for upcoming trial
to update the client
and printing
amended final pretrial order
Drafting jury instructions and pretrial order. Coversations with opposing counsel
Phone call with op counsel
with opposing cousnel
emails to witness
to the witness
RFP
returning client's phone call
with op
drafting rfp
RFP
about discovery

Preparing the hardcopy of the MSJ per the order of the court 2/7 and delivering for overnight mail to Fedex
Response to MSJ and met
Response to MSJ and met
Response to MSJ and met
Response to MSJ and met
Response to MSJ
and prep
and mailing
also picking up supplies, preparing the brief for mailing, travel, and mailing
and legal research
and legal research
and drafting
and legal research
cases on disability for FHA requirements and reviewing the client's deposition from 2020
Defendants' W/E Lists
Photos
MSJ local rules and planning strategy for msj in case
and case staffing
Travel to Dewey County and back to Tulsa for long deposition
Client prep and picking up the rental car
with BD and PW
with client and op's counsel. Also drafting
Preparing responses and phone call to client
printing ador, email to cc, cr, and op's counsel, planning deposition
Preparing discovery responses
court reporter
to discuss discovery, depositions, and dispositive motions
signature page for order
Reviewing FOIA correspondence
Updating the client on the case
to client and op
op's counsel
FOIA to USDA for client's rental rates

returning call to client  and settlement conference
and email
to client, to court clerk, staffing with PW, ordering rental car
Returning the rental car
with AW
reviewing case emails and docket to determine date of settlement conference
Inform about court and case information update
from opposing counsel
and drafting and filing
mtd response
also legal research
MTD response
draft of partial msj
Amended Complaint
working on the amended complaint
Working on the outline and discussions with AC
With AC and JM. Also email to op
with AC
federal complaint
federal pleading and staffing with EH