# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ARLETA WATSON,      Plaintiff,<br><br>v.<br><br>1. VICI COMMUNITY DEVELOPMENT CORP.<br>and<br>2. CINDY ARNOLD,<br>    Defendants. | Case No. CIV-20-1011-F |

## ORDER

This matter comes before the Court on Defendants' Motion for Extension of Time to Submit Defendants' Response in Opposition to Plaintiff's Motion for Attorney's Fees [Dkt. No. 87]. The Court finds that there is good cause and that the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Extension of Time to Submit Defendants' Response in Opposition to Plaintiff's Motion for Attorney's Fees is hereby GRANTED, and that Defendants are to submit their Response in Opposition to Plaintiff's Motion for Attorney's Fees on or before June <u>17</u>, 2022.

DATED this 10th day of June, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE